IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BOBBY LEE FAIR, JR.,**

    **Plaintiff,**

**v.**                                          **CASE NO. 5:13-cv-180-RS-EMT**

**JUDGE MICHAEL C. OVERSTREET,**

    **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6) and Plaintiff's Request to Reconsider Recommendation to Dismiss (Doc. 8). I have reviewed Plaintiff's objections *de novo*. I note that this action must be dismissed for two reasons: first, even if there were a statutory right to have competence determined by a jury, judicial immunity protects Defendant from suit; second, in Florida, competence to proceed is determined by a judge. Fla. R. Crim. P. 3.212.

    **IT IS ORDERED:**

        1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

        2.    This action is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The Clerk is directed to close the case.

**ORDERED** on June 26, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**